Filing # 71316806 E-Filed 04/26/2018 05:38:45 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, STATE OF FLORIDA
CIVIL DIVISION

MICHAEL AGUGLIARO,

      Plaintiff,

vs.                            CASE NO.:

GEICO GENERAL INSURANCE COMPANY

      Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

      COMES NOW, the Plaintiff, MICHAEL AGUGLIARO, by and through his undersigned attorney, and sues the Defendant, GEICO GENERAL INSURANCE COMPANY, and alleges as follows:

### JURISDICTIONAL BASIS

1.    This is an action for damages that exceeds the sum of FIFTEEN THOUSAND DOLLARS ($15,000.00).

2.    The Fifth Judicial Circuit Court has venue pursuant to *Florida Statutes*, §47.011 because the cause of action accrued in Marion County, Florida.

3.    The Fifth Judicial Circuit Court has personal jurisdiction over Defendant GEICO GENERAL INSURANCE COMPANY, INC. pursuant to *Florida Statutes*, Section 48.193, because said company contracted to insure persons, property, and/or risks located within the State of Florida and specifically Marion County, Florida at the time of contracting and because said company operated, conducted, engaged in, or carried on a business or business venture within the State of Florida and specifically Marion County.

## PARTIES

4.    At all times material hereto, Plaintiff, MICHAEL AGUGLIARO, was a resident of the State of Florida, residing in Ocala County, Florida.

5.    At all times material, Defendant, GEICO GENERAL INSURANCE COMPANY, INC., is now, and was at the time of the incident, a foreign profit corporation licensed to and doing business within the State of Florida and specifically in this case in Marion County, Florida.

## FACTS

6.    This cause of action is commenced as a result of a motor vehicle collision that occurred on or about April 27, 2015.

7.    On or about April 27, 2015, the tortfeasor, Jeremiah Daniel, negligently operated a 2002 black Yamaha motorcycle, Vehicle Identification No.: JYA5AHE082A031936, causing it to collide into Plaintiff, MICHAEL AGUGLIARO'S, vehicle in or about the Intersection of SW 40 Street and SW 43 Court in Ocala, Marion County, Florida.

## COUNT I
### UNDERINSURED MOTORIST CLAIM AGAINST DEFENDANT, GEICO GENERAL INSURANCE COMPANY, INC.

8.    Plaintiff, MICHAEL AGUGLIARO, realleges and incorporates herein all the allegations contained in paragraphs 1 through 7 above as though fully set forth herein.

9.    That at the time of the accident complained of herein, Plaintiff, MICHAEL AGUGLIARO, was insured as the driver of the vehicle covered under a certain policy of insurance with Defendant, GEICO GENERAL INSURANCE COMPANY, INC., more particularly described as Policy No. 4191779620, which was in full force and effect on April 27, 2015. A copy of said policy is not available to Plaintiff, MICHAEL AGUGLIARO, at this time. Plaintiff possesses a good faith belief that copy of said policy is either in possession of or available to Defendant, GEICO GENERAL INSURANCE COMPANY, INC..

10.    Pursuant to the terms and conditions of said policy, Defendant, GEICO GENERAL INSURANCE COMPANY, INC., agreed to provide, among other benefits, uninsured/underinsured motorist coverage to Plaintiff, MICHAEL AGUGLIARO.

11.    At said time and place of the accident, the tortfeasor did not possess adequate bodily injury liability coverage and is therefore uninsured/undersinsured within the meaning of the policy.

12.    The Plaintiff, MICHAEL AGUGLIARO, has met all conditions precedent to bring a claim for uninsured/underinsured motorist coverage and is legally entitled to same pursuant to the policy outlined above as a result of the accident which occurred on April 27, 2015.

13.    To date, Defendant, GEICO GENERAL INSURANCE COMPANY, INC., has failed or refused to pay Uninsured/Underinsured Motorist Benefits to Plaintiff, MICHAEL AGUGLIARO, and as such, has breached the contract of insurance between the parties.

14.    As a direct and proximate result of the negligence of the tortfeasor, Plaintiff, MICHAEL AGUGLIARO, sustained bodily injury, great physical pain and suffering, disability, inability and loss of capacity for the enjoyment of life, inconvenience, physical impairment, disfigurement, scarring, mental anguish, loss or diminution of earnings or earning capacity, aggravation of an existing disease or physical defect, permanent injury within a reasonable degree of medical probability, medical and related expenses in the past and in the future incurred in seeking a cure for his injuries.

15.    These losses are either permanent or continuing in nature and Plaintiff, MICHAEL AGUGLIARO, will suffer them in the future as the injuries consist in whole or in part of a permanent injury within a reasonable degree of medical probability.

WHEREFORE the Plaintiff, MICHAEL AGUGLIARO, sues the Defendant, GEICO GENERAL INSURANCE COMPANY, INC., and claims damages in excess of FIFTEEN

THOUSAND DOLLARS ($15,000.00), exclusive of costs and demands a trial by jury and for

such other and further relief the Court deems just and proper.

Dated on this  26th  day of April, 2018.

**SERVICE EMAIL:**
SERVICE@UITERWYKLAW.COM

ABRAHAMSON & UITERWYK
900 W. Platt Street
Tampa, FL 33606
Telephone: (813) 222-0500
Facsimile: (813) 221-4738
tgacio@uiterwyklaw.com


TOMAS L. GACIO, ESQUIRE
Florida Bar No.:  0845612