UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL AGUGLIARO,

       Plaintiff,

vs.                                CASE NO.: 5:18-cv-00237-JSM-PRL

GEICO GENERAL INSURANCE COMPANY, INC.,

       Defendant.

_____/

## COUNSEL FOR PLAINTFF'S CHARGING LIEN

TO:   MICHAEL AGUGLIARO
       4311 S.W 53rd Terrace
       Ocala, FL 34474

**NOTICE IS HEREBY GIVEN** that the undersigned law firm claims a charging lien for the costs and attorney's fees it has incurred in this action and files its lien in the above-styled cause upon any judgment, recovery, or settlement rendered herein and upon all records in its possession.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been served by e-mail pursuant to Florida Rule of Judicial Administration 2.516 to: T.R. Unice, Jr., Esquire, Unice, Salzman, Jensen, PA, Patriot Bank Building Second Floor 1815 Little Road, Trinity, FL 34655, trunice@unicesalzman.com, jjensen@unicesalzman.com, dabramson@unicesalzman.com, kbidyk@unicesalzman.com, nsarris@unicesalzman.com on this _____14th_____ day of August, 2018.

**SERVICE EMAIL:**
SERVICE@UITERWYKLAW.COM

                       ABRAHAMSON & UITERWYK
                       900 W. Platt Street
                       Tampa, FL 33606
                       Telephone: (813) 222-0500
                       Facsimile: (813) 221-4738
                       tgacio@uiterwyklaw.com

                       TOMAS L. GACIO, ESQUIRE
                       Florida Bar No.: 0845612

cc:    Honorable