UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL AGUGLIARO,

    Plaintiff,                                            Case No.: 5:18-cv-00237-JSM-PRL

vs.

GEICO GENERAL INSURANCE COMPANY, INC.

    Defendant.
_____/

## NOTICE OF MEDIATION CONFERENCE

PLEASE TAKE NOTICE that a Mediation Conference has been scheduled before Stephen Spivey, for **Tuesday, July 30, 2019**, beginning at **1:00 p.m.** at the office of **Stephen Spivey d/b/a Spivey Mediation Services, 3610 E. Fort King Street, Ocala, FL 34470.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via e-mail on this 28th day of February, 2019 to all parties of interest.

T.R. Unice, Jr., Esq.
trunice@unicesalzman.com

Jeffrey D. Jensen, Esq.
jjensen@unicesalzman.com

                                                                                */s/ Stanley W. Plappert*
                                                                               STANLEY W. PLAPPERT, ESQUIRE
                                                                               Attorney for the Plaintiff
                                                                               Florida Bar No. 76603
                                                                               The Florida Legal Advocacy Group, P.A.
                                                                               1024 E. Silver Springs Boulevard
                                                                               Ocala, FL 34470
                                                                               (352) 732-8030   Telephone
                                                                               (888) 399-3129   Facsimile
                                                                               swp@thefloridalegaladvocacygroup.com